FILED'08 SEP 26 10:17 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BETTY WILWERDING, as sole heir of Carl Michael Wilwerding, and doing business as ADVANCED REFINERY TECHNOLOGY, | Civil No. 08-3025-CL<br><br>**ORDER** |
| Plaintiff, | |
| v. | |
| TRACY EDWARDS, et al., | |
| Defendants. | |

**PANNER, Judge.**

Magistrate Judge Mark D. Clarke has filed two Reports and Recommendations, which are now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Defendants object to the Reports and Recommendations, which I have reviewed de novo. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I conclude that the Reports and Recommendations are correct.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Reports and Recommendations (#43, #44) are adopted. Defendants' motion to change or transfer venue (#19), and motion to dismiss (#22), are denied.

IT IS SO ORDERED.

DATED this _25_ day of September, 2008.

                                               */s/ Owen M. Panner*
                                           OWEN M. PANNER
                                           United States District Judge